### 12897. BRIDGES v. THE STATE.

LUKE, J. The bill of exceptions in this case shows that two separate cases against the same defendant were by consent tried together, and that there were two separate verdicts of guilty, and two judgments, and by one bill of exceptions the defendant seeks to have both of these judgments set aside. There is no authority of law for excepting in the same motion for a new trial to the rendition of two verdicts upon the trial of two separate criminal cases. See *Fillingame* v. *State*, 27 *Ga. App.* 764 (109 S. E. 916), and cases there cited.

*Writ of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 13, 1921.

Indictments for carrying pistol; from Randolph superior court — Judge R. C. Bell presiding. August 13, 1921.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, C. E. Hill,* contra.

---

### 12912. HOOKS v. THE STATE.

BLOODWORTH, J. 1. There is ample evidence to support the verdict of guilty of manufacturing alchoholic liquors. *Belcher* v. *State*, 25 *Ga. App.* 493 (103 S. E. 852).

2. The complaint that the court erred " in failing to instruct the jury the definition of attempt to commit the crime charged in the indictment " is without merit. The judge did charge, if the jury had a reasonable doubt of the defendant being guilty of manufacturing intoxicating liquors, " then acquit him of that offense; then you will have the right, if you are satisfied beyond a reasonable doubt that the defendant did attempt to make alcoholic liquors, to return a verdict of that character. You have the right, under this evidence, to do that if you believe that to be the truth of this transaction;" and the court then instructed them as to the form of the verdict in the event they should conclude that the defendant was guilty only of the attempt to make intoxicating liquor.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED DECEMBER 13, 1921.

Indictment for manufacture of intoxicating liquor; from Lee superior court — Judge Littlejohn. May 28, 1921.

*R. R. Forrester, W. G. Martin,* for plaintiff in error.

*Jule Felton, solicitor-general,* contra.